FILED IN CHAMBERS
U.S.D.C. - Atlanta

MAY 0 2 2018

James N. Hatten, Clerk
By: A. McCain
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KEVIN KING, BOP ID 61151-019, Movant, | : : : | MOTION TO VACATE 28 U.S.C. § 2255 |
| v. | : : : | CIVIL ACTION NO. 1:18-CV-881-ODE |
| UNITED STATES OF AMERICA, Respondent. | : : | CRIMINAL ACTION NO. 1:09-CR-337-3-ODE |

## ORDER

Earlier this year, Kevin King filed a pro se motion seeking to challenge pursuant to 28 U.S.C. § 2255 his federal convictions and sentence. See (Doc. 223). Magistrate Judge Catherine M. Salinas reviewed King's filing, determined that his convictions and sentence became final in January 2012, and issued a Final Report and Recommendation (the "Final R&R"), recommending that King's § 2255 motion be dismissed as untimely because it was filed long after the applicable one-year limitation period for such motions had expired. See (Doc. 224).

King then submitted two copies of a "Response to Government" that are formatted slightly differently, but substantively identical. See (Docs. 226 & 227). The Court has construed these filings as King's objections and reviewed the Final R&R de novo in light of them. See 28 U.S.C. § 636(b)(1). The text of both of King's filings reads as follows:

> Movant Kevin King pro se motions the Court pursuant to
> the First Amendment to redress the grievance in Case

#1:09-CR-337-3-ODE-CMS concerning double jeopardy and miscalculation of the sentencing guideline and respectfully ask the Court to honor the First Amendment and allow me to redress this grievance through this petition.

(Doc. 226); see also (Doc. 227 (same)).

Because King has not addressed the Final R&R's determination that his § 2255 motion is untimely: his objections are **OVERRULED**; the Final R&R is **APPROVED** and **ADOPTED** as the Order of the Court; King's § 2255 motion is **DISMISSED** pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings in the United States District Courts; and a Certificate of Appealability is **DENIED**.

The Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this  1  day of May, 2018.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)