# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| KEVIN KING, | : | MOTION TO VACATE |
|    Movant, | : | 28 U.S.C. § 2255 |
| | : | |
| v. | : | CRIMINAL INDICTMENT NO. |
| | : | 1:09-CR-0337-AT-CMS-3 |
| UNITED STATES, | : | |
|    Respondent. | : | CIVIL FILE NO. |
| | : | 1:21-CV-3955-AT-CMS |

## UNITED STATES MAGISTRATE JUDGE'S
## FINAL REPORT AND RECOMMENDATION

The matter is before the Court on Movant's recently filed 28 U.S.C. § 2255 motion. [Doc. 259]. For the reasons discussed below, the motion must be dismissed.

In May 2018, the Court dismissed as untimely Movant's original § 2255 motion which challenged his Judgment and Commitment, entered on January 21, 2011, under the above criminal docket number. [Docs. 228, 229; see also Docs. 173, 223, 224].[1] Movant again attacks the same Judgment and Commitment and asserts (1) ineffective assistance of counsel for failure to object to the indictment, resulting

---

[1] Movant also filed a motion under United States v. Davis, _ U.S. _, 139 S. Ct. 2319 (2019), which the Court denied in September 2020. [See Doc. 250].

in a violation of double jeopardy and an erroneous sentence, and (2) a miscalculation of the sentencing guidelines.[2]  [Doc. 259 at 1-4].

The instant § 2255 motion must be dismissed because it is a successive § 2255 motion which attacks the same Judgment and Commitment that Movant previously challenged, and the Court has no authority to consider it.  Movant first must get permission from the Eleventh Circuit Court of Appeals before a successive § 2255 motion can be filed in the district court.  See 28 U.S.C. § 2255(h); Farris v. United States, 333 F.3d 1211, 1216 (11th Cir. 2003).  A certificate of appealability is not warranted because it is not debatable that Movant must obtain permission from the Eleventh Circuit Court of Appeals before filing another § 2255 motion in this Court.  See Rules Governing Section 2255 Proceedings for the United States District Courts, Rule 11.

---

[2] Movant raised the same claims in his initial § 2255 motion.  [See Doc. 223].

Accordingly,

**IT IS RECOMMENDED** that the instant § 2255 motion [Doc. 259] be **DISMISSED** and that a certificate of appealability be **DENIED**.

The Clerk of Court is **DIRECTED** to withdraw the referral of this § 2255 motion to the undersigned Magistrate Judge.

**IT IS SO RECOMMENDED and DIRECTED**, this 28th day of September, 2021.

*/s/ Catherine Salinas*
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE