IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEVIN KING,        : | |
|     Movant,       : | CRIMINAL ACTION NO. |
|                       : | 1:09-CR-0337-AT-3 |
| v.                : | |
|                       : | CIVIL ACTION NO. |
| UNITED STATES OF AMERICA,    : | 1:21-CV-3955-AT |
|     Respondent.      : | |

## ORDER

Presently before the Court is the Magistrate Judge's Report and Recommendation (R&R) recommending that the instant 28 U.S.C. § 2255 motion to vacate be denied. [Doc. 260]. Petitioner has not filed objections in response to the R&R.

A district judge has broad discretion to accept, reject, or modify a magistrate judge's proposed findings and recommendations. <u>United States v. Raddatz</u>, 447 U.S. 667, 680 (1980). Pursuant to 28 U.S.C. § 636(b)(1), the Court reviews any portion of the Report and Recommendation that is the subject of a proper objection on a *de novo* basis and any non-objected portion under a "clearly erroneous" standard.

After a review of the record and in the absence of objections, this Court concludes that the Magistrate Judge is correct. Accordingly, the R&R, [Doc. 260], is **ADOPTED** as the order of this Court, and Movant's 28 U.S.C. § 2255 motion to vacate, [Doc. 259], is **DENIED**.

This Court further agrees with the Magistrate Judge that Movant has not "made a substantial showing of the denial of a constitutional right," 28 U.S.C. §2253(c)(2), and a certificate of appealability is **DENIED**. The Clerk is **DIRECTED** to close Civil Action Number 1:21-CV-3955-AT.

**IT IS SO ORDERED**, this 27th day of October, 2021.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**

AO 72A
(Rev.8/82)